```
1   DANIEL J. BRODERICK, #89424
    Federal Defender
2   LINDA C. HARTER, CA Bar #179741
    Chief Assistant Federal Defender
3   Designated Counsel for Service
    DAVID J. GALLEGOS
4   Certified Student Attorney
    801 I Street, 3rd Floor
5   Sacramento, California 95814
    Telephone: (916) 498-5700
6

7
    Attorney for Defendant
8   DEBRA GAIL SIMMONS

9

10
                    IN THE UNITED STATES DISTRICT COURT
11
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
12

13

14
    UNITED STATES OF AMERICA,    )  No. 2:11-CR-00395-GGH
15                               )
                   Plaintiff,    )
16                               )  STIPULATION TO CONTINUE AND
         v.                      )  EXCLUDE TIME
17                               )
    DEBRA GAIL SIMMONS,          )
18                               )  Date:  February 27, 2012
                   Defendant.    )  Time:  9:00 a.m.
19                               )  Judge: Hon. Gregory G. Hollows
    _____)
20

21

22       IT IS HEREBY STIPULATED between the parties through their

23  respective counsel, David Petersen, Special Assistant United States

24  Attorney, and Linda C. Harter, Chief Assistant Federal Defender,

25  attorney for DEBRA GAIL SIMMONS, and Certified Student Attorney, David

26  J. Gallegos, that the Court vacate the Trial Confirmation Hearing on

27  December 5, 2011 at 9:00 a.m. and set the Trial Confirmation Hearing

28  for February 13, 2012 at 9:00 a.m., and that the Court vacate the Jury
```

Trial on December 19, 2011 at 9:00 a.m. and set the Jury Trial for February 27, 2012 at 9:00 a.m.

This continuance is requested because the parties are in the process of plea negotiation. The parties need more time to reach a plea agreement. The parties further agree that the time should be excluded from the date of this [Proposed] Order until the Jury Trial which is set for February 27, 2012, pursuant to 18 U.S.C. Section § 3161(h)(7)(B)(iv) because the Defense counsel needs more time to communicate with Mrs. Simmons, and Local Code T4 (reasonable time to prepare). The interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. Section § 3161(h)(7)(A).

Dated: November 28, 2011

    DANIEL J. BRODERICK
    Federal Defender

    /s/ Linda C. Harter
    LINDA C. HARTER
    Chief Assistant Federal Defender
    Attorney for Defendant
    DEBRA GAIL SIMMONS

    /s/ David J. Gallegos
    DAVID J. GALLEGOS
    Certified Student Attorney

Dated: November 28, 2011    BENJAMIN B. WAGNER
    United States Attorney

    /s/ David Petersen
    DAVID PETERSEN
    Special Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED.

Dated: November 28, 2011    /s/ Gregory G. Hollows
    Gregory G. Hollows
    United States Magistrate Judge