1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  LINDA C. HARTER, CA Bar #179741
   Chief Assistant Federal Defender
3  Designated Counsel for Service
   DAVID J. GALLEGOS
4  Certified Student Attorney
   801 I Street, 3rd Floor
5  Sacramento, California 95814
   Telephone: (916) 498-5700

Attorney for Defendant
DEBRA GAIL SIMMONS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:11-CR-00395-GGH |
| Plaintiff, | |
| v. | STIPULATION TO CHANGE PLEA |
| DEBRA GAIL SIMMONS, | Date: February 27, 2012 |
| Defendant. | Time: 9:00 a.m. |
| | Judge: Hon. Gregory G. Hollows |

IT IS HEREBY STIPULATED between the parties through their respective counsel, David Petersen, Special Assistant United States Attorney, and Linda C. Harter, Chief Assistant Federal Defender, attorney for DEBRA GAIL SIMMONS, and Certified Student Attorney, David J. Gallegos, that the Court vacate the trial confirmation hearing on February 13, 2012 at 9:00 a.m., and vacate the jury trial on February 27, 2012 at 9:00 a.m., and set a change of plea hearing for February 27, 2012 at 9:00 a.m.

Dated: January 19, 2012
              DANIEL J. BRODERICK
              Federal Defender

              /s/ Linda Harter
              LINDA HARTER
              Chief Assistant Federal Defender
              Attorney for Defendant
              DEBRA GAIL SIMMONS

              /s/ David J. Gallegos
              DAVID J. GALLEGOS
              Certified Student Attorney

Dated: January 19, 2012    BENJAMIN B. WAGNER
              United States Attorney

              /s/ David Petersen
              DAVID PETERSEN
              Special Assistant U.S. Attorney

              **ORDER**

IT IS SO ORDERED.

Dated: January 20, 2012

             /s/ Gregory G. Hollows
             UNITED STATES MAGISTRATE JUDGE