DANIEL J. BRODERICK, #89424
Federal Defender
LINDA C. HARTER, CA Bar #179741
Chief Assistant Federal Defender
Designated Counsel for Service
DAVID J. GALLEGOS
Certified Student Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
DEBRA GAIL SIMMONS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:11-CR-00395-GGH |
|---|---|
| Plaintiff, | ) |
| v. | ) ORDER |
| DEBRA GAIL SIMMONS, | ) Date: March 12, 2012 |
| Defendant. | ) Time: 9:00 a.m. |
| | ) Judge: Hon. Gregory G. Hollows |

For good cause appearing, pursuant to Fed. R. Crim. P. 43(b)(2) the defendant, DEBRA GAIL SIMMONS, will be permitted to waive her personal appearance at her change of plea on March 12, 2012 at 9:00 a.m. before this Court and shall appear telephonically.

IT IS SO ORDERED.

Dated: February 29, 2012

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE