1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  LINDA C. HARTER, CA Bar #179741
   Chief Assistant Federal Defender
3  Designated Counsel for Service
   DAVID J. GALLEGOS
4  Certified Student Attorney
   801 I Street, 3rd Floor
5  Sacramento, California 95814
   Telephone: (916) 498-5700
6

7
   Attorney for Defendant
8  DEBRA GAIL SIMMONS

9

10
                    IN THE UNITED STATES DISTRICT COURT
11
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
12

13

14
   UNITED STATES OF AMERICA,        ) No. 2:11-CR-00395-GGH
15                                  )
                  Plaintiff,        )
16                                  ) ORDER
        v.                          )
17                                  )
   DEBRA GAIL SIMMONS,              ) Date:  June 4, 2012
18                                  ) Time:  9:00 a.m.
                  Defendant.        ) Judge: Hon. Gregory G. Hollows
19                                  )
   _____  )
20

21       Defendant has filed a waiver of appearance in this misdemeanor

22  action.  Nevertheless, in Class A misdemeanor actions involving fraud

23  in which the government has suffered significant loss, the

24  undersigned's policy is to require personal appearance despite that

25  fact that Fed.R.CrimP. 43(b)(2) would allow a misdemeanor defendant to

26  never appear if the court so permitted.  In this case, however,  an

27  exception will be made due to the showing of defendant's medical

28  problems.  The defendant, DEBRA GAIL SIMMONS, will be permitted to

waive her personal appearance at her judgment and sentencing hearing on June 4, 2012 at 9:00 a.m. before this Court and shall appear telephonically.

IT IS SO ORDERED.

Dated: May 16, 2012

                                              /s/ Gregory G. Hollows
                              UNITED STATES MAGISTRATE JUDGE